ACCEPTED
01-15-00397-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 3:11:07 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00397-CR

IN THE COURT OF APPEALS FOR THE

FIRST SUPREME JUDICIAL DISTRICT OF TEXAS

HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 3:11:07 PM
CHRISTOPHER A. PRINE
Clerk

-------------------------------------------------------------------

NO.   1434115

IN THE  179TH  DISTRICT COURT OF

HARRIS COUNTY, TEXAS

-------------------------------------------------------------------

AUGUSTUS MITCHELL, *Appellant*

VS.

THE STATE OF TEXAS, *Appellee*

-------------------------------------------------------------------

**APPELLANT'S MOTION TO ABATE PURSUANT TO TEX.R.APP.PRO. 2**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

AUGUSTUS MITCHELL, Appellant in the above styled and numbered cause, files his Motion to Abate pursuant to Tex.R.App.Pro. 2, and in support thereof would show unto the Court the following:

I.

Appellant was informed this date that Appellant's brief is due August 5, 2015

II.

Appellant has previously filed a motion for a judgment nunc pro tunc to correct errors in the judgment and sentence.    It is necessary to supplement the record with that motion and the corrected judgment and sentence nunc pro tunc.

III.

Appellant is requesting  that the clerk supplement the record, and has filed a motion with

this court to supplement the record.

IV.

Appellant is requesting that the Court abate this appeal pending the supplementation of the record with a corrected judgment and sentence.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grant this motion, abate the cause, pending supplementation of the record.

Respectfully submitted,

*/s/ Joseph W. Varela*
JOSEPH W. VARELA
Texas Bar No. 20496400
Suite 247
2500 East TC Jester Blvd.
Houston, Texas 77008
(713) 957-0440
Fax  (713) 957-2862

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the Appellate Division of the District Attorney's Office,  1201 Franklin, Houston, Texas 77002, by U.S. Mail, on the 7th day of July, 2015.

/s/ Joseph W. Varela
JOSEPH W. VARELA